PROB 12C  
(7/93)

Report Date: May 28, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory Cox                    Case Number: 0980 2:05CR00202-FVS-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 7, 2006

Original Offense:        Conspiracy to Distribute 50 Grams or More of Pure Methamphetamine, 21 U.S.C. § 846; Possession with Intent to Distribute 5 Grams or More of Pure Methamphetamine, 21 U.S.C. § 841(a)(1);

Original Sentence:       Prison 78 months;              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Earl Hicks                    Date Supervision Commenced: August 27, 2010

Defense Attorney:        Federal Defenders Office       Date Supervision Expires: August 26, 2015

### PETITIONING THE COURT

    To issue a Warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/12/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
|  | **Supporting Evidence**: Gregory Cox reported to the U.S. Probation Office on May 12, 2014, and submitted a urine sample for drug screening. The sample tested presumptive positive for amphetamine/methamphetamine. Mr. Cox was asked if he had consumed any illicit substances, specifically amphetamine or methamphetamine. He adamantly denied any drug use. The sample was submitted to Alere Toxicology and was confirmed positive for amphetamine metabolites on May 18, 2014. |

Prob12C
Re: Cox, Gregory
May 28, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/28/2014

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Fred Van Sickle

Signature of Judicial Officer

5/28/14

Date