PROB 12C
(7/93)

Report Date: June 3, 2014

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2014

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Gregory A. Cox | Case Number: 2:05CR00202-FVS-2 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 7, 2006

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Pure Methamphetamine, 21 U.S.C. § 846; Possession with Intent to Distribute 5 Grams or More of Pure Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 78 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: August 27, 2010 |
| Defense Attorney: | Matthew A. Campbell |
| | Date Supervision Expires: August 26, 2015 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/27/2014 and 05/12/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: Gregory Cox reported to the U.S. Probation Office on May 30, 2014, and submitted a urine sample for drug screening.  The sample tested presumptive positive for amphetamine/methamphetamine.  Mr. Cox was asked if he had consumed any illicit substances, specifically amphetamine or methamphetamine. He admitted he had used methamphetamine on May 23, 2014.   Mr. Cox then signed a drug use admission form on May 30, 2014. |

It is respectfully recommended that the Court incorporate the violation(s) contained in this petition in all future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Cox, Gregory**
**June 3, 2014**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 06/03/2014

Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

6/4/14

Date