PROB 12C
(7/93)

Report Date: November 20, 2014

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2014

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory A. Cox                    Case Number: 2:05CR00202-RMP-2

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: August 7, 2006

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Pure Methamphetamine, 21 U.S.C. § 846; Possession with Intent to Distribute 5 Grams or More of Pure Methamphetamine, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 78 months<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: | August 27, 2010 |
| Defense Attorney: | Matthew A. Campbell | Date Supervision Expires: | August 26, 2015 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/12/2014, 05/28/2014, 06/03/2014, and 07/11/2014.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On November 18, 2014, the undersigned officer received electronic notification from Adept Treatment Services (Adept) that Gregory Cox had provided a urine sample that tested presumptive positive for methamphetamine. Mr. Cox signed a drug use admission form confirming the use on November 18, 2014. Mr. Cox reported to the U.S. Probation Office on November 19, 2014, to address the violation. At that time, the offender admitted to the undersigned officer that he had used methamphetamine, and stated he found the drug in an apartment that he had been cleaning. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   s/Chris Heinen

11/20/2014

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

11/20/2014
Date