PROB 12C                                                                                       Report Date:  April 21, 2015
(7/93)

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision


Name of Offender: Gregory A. Cox                       Case Number:  2:05CR00202-FVS-2

Address of Offender:                    Spokane, Washington  99202

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 7, 2006

Original Offense:        Conspiracy to Distribute 50 Grams or More of Pure Methamphetamine, 21 U.S.C. §
                         846; Possession with Intent to Distribute 5 Grams or More of Pure Methamphetamine,
                         21 U.S.C. § 841(a)(1);

Original Sentence:       Prison - 78 months;              Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Earl A. Hicks                    Date Supervision Commenced: December 4, 2014

Defense Attorney:        Matthew A. Campbell              Date Supervision Expires: December 3, 2016


## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

    1                   **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a
                        controlled substance. The defendant shall submit to one drug test within 15 days of release
                        from imprisonment and at least two periodic drug tests thereafter, as directed by the
                        probation officer.

                        **Supporting Evidence**: On March 31, 2015, Mr. Cox reported to Alcohol Drug Education
                        Prevention and Treatment (ADEPT) to provide a random urinalysis sample for testing. The
                        sample provided by Mr. Cox was presumptive positive for amphetamine, to which Mr. Cox
                        denied use.  The sample was sent to Alere Toxicology for confirmation, and on April 6,
                        2015, the undersigned officer received the completed lab report which documented that the
                        sample was confirmed positive for methamphetamine.

                        Mr. Cox reported to the U.S. Probation Office on April 6, 2015, to address the positive
                        urinalysis. The undersigned officer confronted Mr. Cox regarding the positive urinalysis
                        sample, to which he continued to deny use. The undersigned officer then directed the
                        offender to submit a urinalysis sample for testing while at the probation office, and Mr. Cox
                        was unable to provide one.  It should be noted that the offender arrived at the office at 1450

hours, and was still unable to provide a sample for testing at 1640 hours. Gregory Cox continued to deny new use, and stated that he did not know why he could not provide a sample for testing. At 1645 hours, Mr. Cox was directed to report to ADEPT to provide a sample, as he had been unable to provide one in almost 2 hours. Mr. Cox presented at ADEPT as instructed, and provided a urinalysis sample for testing that was again presumptive positive for amphetamine. The offender again denied use, and the sample was forwarded to Alere Toxicology for confirmation. On April 13, 2015, the undersigned officer received the completed lab report confirming that the sample provided by Mr. Cox on April 6, 2015, at ADEPT, was positive for methamphetamine.

On April 9, 2015, Mr. Cox provided a sample for urinalysis testing at ADEPT that was again presumptive positive for amphetamine. Mr. Cox denied use and the specimen was sent to the lab for verification. On April 14, 2015, the undersigned officer received notification from the lab that the sample had been confirmed as positive for methamphetamine, which was inconsistent with Mr. Cox's prescribed medications.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 4/21/2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

    s/Fred Van Sickle
Signature of Judicial Officer

    April 21, 2015
Date