PROB 12C
(6/16)

Report Date:  August 5, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 05, 2016**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory A. Cox                          Case Number: 0980 2:05CR00202-SMJ-2

Address of Offender: ███████████████ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: August 7, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Pure Methamphetamine, 21 U.S.C. § 846; Possession with Intent to Distribute 5 Grams or More of Pure Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 78 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 4, 2014 | Prison - 51 days<br>TSR - 24 months | |
| Revocation Sentence<br>May 5, 2015 | Prison - 12 months and a day<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: March 7, 2016 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: March 6, 2018 |

---

## PETITIONING THE COURT

### To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: On or about July 20, 2016, Mr. Cox violated his conditions of supervised release in Spokane, Washington, by using methamphetamine.  Mr. Cox is participating in chemical dependancy treatment at New Horizon's Care Center.  He is required to submit to urinalysis testing as part of his treatment plan. On August 1, 2016, the undersigned officer was notified by staff at New Horizon's Care Center that Mr. Cox |

**Prob12C**
**Re: Cox, Gregory A.**
**August 5, 2016**
**Page 2**

submitted to a urinalysis test on July 20, 2016, which returned from the laboratory showing a positive result for methamphetamine.  In addition, Mr. Cox reported to the undersigned officer that he put toilet water into the specimen in an attempt to adulterate the urine sample. Mr. Cox adamantly denied using methamphetamine after being confronted about the positive urinalysis test.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    08/05/2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[XX]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

08/05/2016

Date