PROB 12C
(6/16)

# United States District Court

for the

Eastern District of Washington

Report Date: August 22, 2016

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory A. Cox                         Case Number: 0980 2:05CR00202-SMJ-2

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: August 7, 2006

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Pure Methamphetamine, 21 U.S.C. § 846; Possession with Intent to Distribute 5 Grams or More of Pure Methamphetamine, 21 U.S.C. § 841(a)(1); |
| Original Sentence: | Prison - 78 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 4, 2014 | Prison- 51 days<br>TSR- 24 months |
| Revocation Sentence<br>May 5, 2015 | Prison- 12 months and a day<br>TSR- 24 months |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: March 7, 2016 |
| Defense Attorney: | Federal Defenders Office |
| | Date Supervision Expires: March 6, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 5, 2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 16**: The defendant shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Cox violated his conditions of supervised release in Spokane, Washington, on or about August 1, 2016. On August 15, 2016, the undersigned officer received a phone call from Mr. Cox's chemical dependancy counselor at New Horizon's |

Prob12C
Re: Cox, Gregory A.
August 22, 2016
Page 2

Care Centers. The counselor advised that Mr. Cox provided a urinalysis sample on August 3, 2016, as part of his treatment plan. The urine sample returned from the laboratory showing a positive result for methamphetamine. Mr. Cox admitted to the undersigned officer to using methamphetamine on August 1, 2016, and signed a drug use admission form.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 22, 2016

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

08/22/2016
Date