PROB 12C
(6/16)

Report Date: February 15, 2017

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Gregory A Cox                                Case Number: 0980 2:05CR00202-SMJ-2

Address of Offender: ███████████████ Spokane Valley, Washington 99216

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: August 7, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Pure Methamphetamine, 21 U.S.C. § 846; Possession with Intent to Distribute 5 Grams or More of Pure Methamphetamine, 21 U.S.C. § 841(a)(1); | |
| Original Sentence: | Prison 78 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>December 4, 2014 | Prison - 51 days<br>TSR - 24 months | |
| Revocation Sentence<br>May 5, 3015 | Prison - 12 months and a day<br>TSR - 24 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: March 7, 2016 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: March 6, 2018 |

### PETITIONING THE COURT

**To issue a warrant**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Cox violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about January 12, 2017. Mr. Cox provided a urine sample at New Horizon Care Center as part of his ongoing treatment plan. The lab confirmed the sample positive for methamphetamine. Mr. Cox signed a drug use admission form on February 13, 2017, admitting to methamphetamine use on or about January 12, 2017. |

Prob12C
Re: Cox, Gregory A
February 15, 2017
Page 2

| | |
|---|---|
| 2 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Cox violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about February 2, 2017. Mr. Cox provided a urine sample at New Horizon Care Center as part of his ongoing treatment plan. The lab confirmed the sample positive for amphetamines. On February 13, 2017, Mr. Cox admitted to the undersigned officer he used methamphetamine on or about February 2, 2017, and signed a drug use admission form.

3   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Cox violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about February 8, 2017. On February 13, 2017, Mr. Cox admitted to the undersigned officer he used methamphetamine on or about February 8, 2017. Mr. Cox signed a drug use admission form.

4   **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Cox violated his conditions of supervised release in Spokane, Washington, by using methamphetamine on or about February 13, 2017. Mr. Cox provided a urine sample at the U.S. Probation Office on February 13, 2017, which tested presumptive positive for methamphetamine. The sample was sent to Alere Toxicology for further testing. The results are pending.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/15/2017

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

02/15/2017
Date